IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, <br><br> Plaintiffs, <br><br> vs. <br><br> SLACK DEMOLITION & CONSTRUCTION, LLC, and BOBBY EDWARD SLACK, individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case Number: 15-cv-1243-JPG-PMF |

## **ORDER**

This matter comes before the Court on the motion for default judgment filed by plaintiffs Central Laborer's Pension, Welfare and Annuity Funds (Doc. 18). The Court has reviewed the motion, its supporting documentation and the entire case file. The Court finds that the complaint was duly filed and served upon defendants Slack Demolition & Construction, LLC, and Bobby Edward Slack, that both defendants failed to answer or otherwise plead as required by the Federal Rules of Civil Procedure, that the Clerk of Court entered default against both defendants pursuant to Federal Rule of Civil Procedure 55(a) (Doc. 17), and that the plaintiffs have established their entitlement to default judgment against both defendants.

Accordingly, the Court **GRANTS** the plaintiffs' motion for default judgment (Doc. 18) and **DIRECTS** the Clerk of Court to enter judgment in favor of plaintiffs Central Laborer's Pension, Welfare and Annuity Funds and against defendants Slack Demolition & Construction, LLC, and Bobby Edward Slack in the amount of five thousand six hundred two dollars and forty-two cents ($5,602.42) for delinquent contributions and one thousand five hundred seventy-seven dollars and fifty cents ($1,577.50) for the plaintiffs' just and reasonable attorneys' fees,

costs and expenses, for a total judgment in the amount of seven thousand three hundred fourteen dollars and ninety-two cents ($7,314.92). This judgment may be executed 14 days after entry. *See* Fed. R. Civ. P. 62(a). Execution of this judgment is governed by Federal Rule of Civil Procedure 69(a).

**IT IS SO ORDERED.**

**DATED:** 5/4/2016 *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**